UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>LARRY D. KNOX,<br><br>       Defendant. | Case No. 00-cr-40110-JPG |

## MEMORANDUM AND ORDER

      This matter comes before the Court on defendant Larry D. Knox's *pro se* motion for clarification of an order reducing his sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10 based on U.S.S.G. Amendment 782 (Doc. 55). The Court **GRANTS** the motion for clarification (Doc. 55) but is unable to provide Knox any relief as to his sentencing. Knox's question revolves around the effective date of the order – November 1, 2015. That delayed effective date means that technically Knox will not receive his sentence reduction until November 1, 2015, and it appears the Bureau of Prisons has calculated his sentence to reflect the future effectiveness of the reduction as of that date. This delayed effective date is required by 18 U.S.C. § 3582(c)(2), which provides that reductions must be consistent with U.S.S.G. policy statements. The relevant policy statement is U.S.S.G. § 1B1.10(e)(1) (2014), which states, "The court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." This may result in some defendants serving terms of imprisonment for "time served" sentences which are longer than the period of months specified in their orders of reduction, but the Court is without power to change this. If the defendant has further questions about his sentence reduction, the Court encourages him to contact the Assistant Federal Public Defender who represented him in the reduction proceedings.

**IT IS SO ORDERED.**
**DATED: February 23, 2015**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**